IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR MORRAZA,

    Petitioner,               No. CIV S-07-0766 FCD GGH P

    vs.

KEN CLARK, Warden,

    Respondent.              ORDER

                                 /

          Petitioner, a state prisoner at California State Prison Corcoran, has filed a document styled "request for equitable tolling and to file late petition for writ of habeas corpus." Petitioner has paid the filing fee. No other pleadings have been filed by the petitioner. In order to commence an action, petitioner must file a petition for writ of habeas corpus as required by Rule 3 of the Rules Governing Section 2254 cases. The court will not issue any orders granting or denying relief until an action has been properly commenced. Petitioner will be provided the opportunity to file his petition.

          In accordance with the above, IT IS HEREBY ORDERED that:

          1. Petitioner is granted thirty days from the date of service of this order to file a petition that complies with the requirements of the Rules Governing Section 2254 Cases, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the petition must bear the docket number assigned this case. Petitioner's failure to comply with this order will result in a

1 recommendation that this matter be dismissed; and

2       2. The Clerk of the Court is directed to send petitioner the court's form for filing

3 a petition for writ of habeas corpus.

4 DATED: 6/19/07       /s/ Gregory G. Hollows

5       GREGORY G. HOLLOWS
      UNITED STATES MAGISTRATE JUDGE

6

GGH:mp

7 morr0766.nopetition