# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MORAZA,<br><br>                Petitioner,<br><br>   v.<br><br>KEN CLARK,<br><br>                Respondent. | 1:07-cv-01226-LJO-TAG HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION (Doc. 20)<br><br>ORDER GRANTING MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS (Doc. 19)<br><br>ORDER DISMISSING AMENDED PETITION FOR WRIT OF HABEAS CORPUS (Doc. 9)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On August 22, 2008, Respondent filed a motion to dismiss the amended petition. (Doc. 19). On January 21, 2009, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending the petition for writ of habeas corpus be dismissed because the petition was untimely. (Doc. 20). This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed January 21, 2008 (Doc. 20), is ADOPTED IN FULL;
2. Respondent's Motion to Dismiss (Doc. 19), is GRANTED;
3. This amended petition for writ of habeas corpus (Doc. 9), is DISMISSED; and
4. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   February 24, 2009**              /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE